# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

**FILED & ENTERED**

JAN 06 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia  DEPUTY CLERK

| | |
|---|---|
| In re:<br><br>Sharon Dahan<br><br>Debtors<br>────────────────<br>United States Trustee (LA)<br><br>Plaintiff,<br>vs.<br><br>Sharon Dahan<br><br>Defendant | Case No.: 14-13735-DS<br><br>Adv. No.: 14-01782-DS<br><br>Chapter: 7<br><br>**ORDER AND NOTICE OF RESCHEDULED PRE TRIAL HEARING**<br><br>**OLD DATE:**<br>Date: 3/1/2016<br>Time: 2:00 PM<br>Courtroom: 1339<br><br>**NEW DATE:**<br>Date: 3/8/2016<br>Time: 2:00 p.m.<br>Courtroom: 1339 |

**TO ALL INTERESTED PARTIES:**

NOTICE IS HEREBY GIVEN that the Continued Pre-Trial regarding Adversary Complaint by United States Trustee (LA) against Sharon Dahan, scheduled for  **March 1, 2016  at 2:00 pm** before the Honorable Deborah Saltzman, Courtroom 1339, of the United States Bankruptcy Court, 255 E. Temple Street, Los Angeles, California 90012, **is hereby rescheduled** by the court

to **March 8, 2016  at  2:00 pm**  Courtroom 1339, 13th floor of the United States Bankruptcy Court, 255 E. Temple Street, Los Angeles, California 90012

###

Date: January 6, 2016

_____
Deborah J. Saltzman
United States Bankruptcy Judge